IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No: 4:16CR-00066-RLW/JMB |
| YAKOV PISMAN | ) ) | **FILE UNDER SEAL** |
| Defendant. | ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW Defendant, and respectfully moves this Honorable Court to file his Exparte motion Under Seal as it relates to confidential information concerning attorney-client privilege.

Respectfully submitted,

 /s/ Peter M. Cohen
PETER M. COHEN  # 38391
2734 Lafayette
St. Louis, MO 63104
(314) 772-9494
(314) 772-3604 Fax
petecohen@sbcglobal.net

*Attorney for Defendant Yakov Pisman*

CERTIFICATE OF SERVICE

A copy of the foregoing was via ECF filed electronically on this 24th day of April, 2017 to: Kenneth R. Tihen & Richard D. Finneran, Assistant United States Attorney, 111 So. 10th St., 20th Fl., St. Louis, MO 63103.

 /s/ Peter M. Cohen
Attorney at Law